Commonwealth ex rel. Clouthier, Appellant, *v.*
Maroney.

Submitted September 14, 1964.
*John J. Clouthier,* appellant, in propria persona; *Ralph
B. D'Iorio,* Assistant District Attorney, *Domenic D.
Jerome,* First Assistant District Attorney, and *Jacques
H. Fox,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Edwards, Appellant, *v.*
Russell.

Submitted September
14, 1964. *Sherwood Edwards,* appellant, in propria
persona; *John Watts Barrett, Jr.,* Assistant District
Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Ellers, Appellant, *v.*
Rundle.

Submitted September 14,
1964 (RHODES, P. J., absent). *Joseph Ellers,* appellant,
in propria persona; *Maurice L. Epstein,* District Attorney, for appellee.

PER CURIAM: The six judges who participated in
the consideration of this appeal being equally divided
in opinion, the order of the court below is affirmed.